IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**MURRAY G. FULGHAM**                                                      **PLAINTIFF**

**V.**                                **NO. 4:13-CV-00182-DMB-DAS**

**BRUCE E. WOFFORD and**
**ANIMAL TOTAL HEALTH, LLC**                                   **DEFENDANTS**

## ORDER ADOPTING REPORT AND RECOMMENDATION

Upon due consideration of the file and record of this action, the Court finds that the Report and Recommendation of the United States Magistrate Judge dated October 28, 2014, was on that date duly served upon the parties; that more than fourteen days have elapsed since service of said Report and Recommendation; and that no objection thereto has been filed or served by any party. The Court is of the opinion that the Magistrate Judge's Report and Recommendation should be approved and adopted as the opinion of the Court. Accordingly,

IT IS HEREBY ORDERED:

1. That the Report and Recommendation [47] of the United States Magistrate Judge dated October 28, 2014, is hereby approved and adopted, and the proposed findings of fact and conclusions of law therein are adopted as the findings of fact and conclusions of law of the Court.

2. That Defendants' Motion [37] to Enforce Settlement Agreement and For Sanctions is **GRANTED**. Accordingly, Plaintiff is directed to execute the settlement agreement and licensing agreement, and Defendants are granted leave to submit evidence of attorney's fees and costs incurred in prosecuting the Motion.

SO ORDERED, this, the 9th day of January, 2015.

                                                     **/s/ Debra M. Brown**
                                                     **UNITED STATES DISTRICT JUDGE**